MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CAROLYN SILANE (NYBN 4596235)
Special Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6973
    Fax: (415) 436-7234
    E-Mail: Carolyn.Silane@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                )<br>      Plaintiff, )<br>                                )<br>  v.                           )<br>                                )<br>LEOPOLDO CERVANTES-PANTOJA, )<br>                                )<br>      Defendant. )<br>_____ ) | No. CR 12-0469 ~~JW~~ JSW<br><br>**STIPULATION AND ~~[PROPOSED]~~**<br>**ORDER EXCLUDING TIME UNDER 18**<br>**U.S.C. § 3161** |

**STIPULATION**

On August 27, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to September 24, 2012. The parties have agreed to exclude the period of time between August 27, 2012 and September 24, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

//

STIPULATION AND [PROPOSED] ORDER
[CR 12-0469 JW]

1  SO STIPULATED

3  Dated: August 27, 2012

MELINDA HAAG
United States Attorney

/s/
CAROLYN SILANE
Special Assistant United States Attorney

Dated: August 27, 2012

/s/
JODI LINKER
Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER
[CR 12-0469 JW]

**ORDER**

For the reasons stated above, IT IS ORDERED that the time between August 27, 2012 and September 24, 2012 should be excluded under the Speedy Trial Act, the time is necessary for effective preparation of counsel, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

DATED: September 5, 2012

THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge